# EXHIBIT 1

| | |
|---|---|
| **From:** | Seth Safier <seth@gutridesafier.com> |
| **Sent:** | Tuesday, May 21, 2019 10:28 AM |
| **To:** | Nadolenco, John |
| **Cc:** | RCA Projectors |
| **Subject:** | Scanlon v. RCA - Service |
| **Attachments:** | Notice and Ack FINAL RCA signed.pdf; RCA CLRA letter signed FINAL.pdf; 2681759-01_846CivilCoverSheet-RomanScanlonv.CurtisInternationaletal._async (1).pdf; 2681759-01_408Summons-CurtisInternational,Inc.andTechnicolorSAdbaTechnicolorUSA,Inc._async (1).pdf; 2681759-01_989Complaint-RomanScanlonv.CurtisInternationaletal._async (1).pdf |

**\*\*EXTERNAL SENDER\*\***

John,

We are fine working something out re service and an extension on responsive pleading.  How do you propose we go about it?  My guess is Defendants will remove, so we probably need some sort of stip.  Can you take lead on that?

Further to our discussion, attached are notice and acknowledgements for both defendants.  Also attached are the complaint, summons and civil coversheet. Finally, for your reference, a copy of the CLRA letter. Happy to discuss. Cheers, Seth

--
Seth Safier
Gutride Safier LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile: (415) 449-6469
www.gutridesafier.com

1