# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN SCANLON, on behalf of himself, the general public, and those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CURTIS INTERNATIONAL, LTD., and TECHNICOLOR SA, d/b/a Technicolor USA, Inc.,<br><br>Defendants._____/ | Case No. 1:19-cv-00937-LJO-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST** |

Plaintiff filed this case on May 3, 2019 in Merced County Superior Court, and Defendants removed the case to this court on July 9, 2019. (Docs. 1, 1-4.) On July 10, 2019, the parties filed a joint stipulation to extend time for Defendants to respond to the complaint by 28 days, pursuant to Local Rule 144. (Doc. 3.) On August 12, 2019, the parties filed a "Joint Stipulation to Extend Time to Respond to Complaint by 30 Days" requesting to extend Defendants' deadline to respond to the complaint to September 12, 2019. (Doc. 12.)

Pursuant to the parties' stipulation, and for good cause shown, the Court GRANTS the parties' request. Defendants shall respond to the complaint by no later than September 12, 2019.

IT IS SO ORDERED.

Dated: __**August 13, 2019**__          /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE