# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN SCANLON, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS INTERNATIONAL, LTD., and TECHNICOLOR SA,<br><br>Defendants. | Case No. 1:19-cv-00937-LJO-SKO<br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 14 DAYS [L.R. 144]**<br><br>**(Doc. 14)** |

WHEREAS, on September 10, 2019, Plaintiff Roman Scanlon ("Plaintiff") and Defendants, Curtis International, Ltd. and Technicolor SA ("Defendants") (collectively, the "Stipulating Parties"), filed a *Joint Stipulation to Extend Time to Respond to Complaint by 14 Days [L.R. 144]* (the "Stipulation") (Doc. 14);

WHEREAS, in the Stipulation, the Stipulating Parties seek a 14-day extension of Defendants' September 12, 2019 deadline to respond to the Complaint; and

WHEREAS, the Court, having considered the Stipulation, finds that the Stipulating Parties have set forth good cause therein for extending Defendants' September 12, 2019 deadline to respond to the Complaint by 14 days.

NOW, THEREFORE, is it hereby Ordered that Defendants' deadline to respond to the Complaint is extended by 14 days until September 26, 2019.

IT IS SO ORDERED.

Dated: __**September 11, 2019**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE