| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN SCANLON, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS INTERNATIONAL LTD., and TECHNICOLOR SA,<br><br>Defendants. | No. 1:19-cv-00937-LJO-SKO<br><br>ORDER GRANTING PARTIES' FURTHER STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT<br><br>(Doc. 16) |

The Court is in receipt of the parties' "Joint Stipulation to Extend Time to Respond to Complaint by 14 Days [L.R. 144]." (Doc. 16.) Pursuant to parties' second "Joint Stipulation to Extend Time to Respond to Complaint by 14 Days [L.R. 144]" (Doc. 14), Defendants' responsive pleadings were due September 26, 2019, the same day on which Defendants filed the present request for extension.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or

other document are looked upon with disfavor." The parties are hereby ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date. However, given the parties' representations that they are "continu[ing] to negotiate a potential settlement of this dispute" (*see* Doc. 16 at 2), and the fact that Plaintiff consents to the request, the Court GRANTS the parties' request for an extension.

Accordingly, IT IS HEREBY ORDERED that Defendants are granted an extension of time, up to and including October 10, 2019, to file their responsive pleadings.

IT IS SO ORDERED.

Dated: **September 30, 2019**　　　　　　　　/s/ *Sheila K. Oberto*　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE