1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROMAN SCANLON,                         No. 1:19-cv-00937-LJO-SKO

12           Plaintiff,

13      v.                                   ORDER RE: DISMISSAL WITHOUT
                                             PREJUDICE OF PLAINTIFF'S UNJUST
14   CURTIS INTERNATIONAL, LTD.,             ENRICHMENT CLAIM (FIFTH CLAIM FOR
     TECHNICOLOR SA,                         RELIEF)
15
             Defendants.
16

17

18          On October 23, 2019, Plaintiff filed a "Notice of Dismissal of Count V (Unjust Enrichment)

19   Without Prejudice."  (Doc. 20.)

20          In relevant part, Rule 41(a)(1)(A)(ii) provides as follows: "[A] plaintiff may dismiss an

21   action without a court order by filing. . . (ii) a notice of dismissal before the opposing party serves

22   either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff

23   may dismiss some or all of the defendants, or some or all of his claims" through a Rule 41(a)(1)

24   stipulation.  *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Such stipulation may

25   be made orally in open court.  *See Carter v. Beverly Hills Savings & Loan Association*, 884 F.2d

26   1186, 1191 (9th Cir. 1989); *Eitel v. McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986).

27          Because Plaintiff has voluntarily dismissed his unjust enrichment claim under Federal Rule

28   of Civil Procedure 66 (Fifth Claim for Relief) (Doc. 1-4 ¶¶ 107–115), without prejudice under Rule

41(a)(1)(A)(i), and neither Defendant has served an answer or a motion for summary judgment, that claim has been DISMISSED.  Fed. R. Civ. P. 41(a)(1)(A).

This case shall remain OPEN pending resolution of Plaintiff's remaining claims against Defendants.

IT IS SO ORDERED.

Dated:  __October 23, 2019__                            ___/s/ _Sheila K. Oberto_____

UNITED STATES MAGISTRATE JUDGE