# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN SCANLON, on behalf of himself, the general public, and those similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CURTIS INTERNATIONAL LTD., and TECHNICOLOR SA,<br><br>    Defendants. | Case No. 1:19-cv-00937-LJO-SKO<br><br>**ORDER ON JOINT STIPULATION TO EXTEND HEARING DATE ON TECHNICOLOR SA'S MOTION TO DISMISS** |

**WHEREAS**, on October 10, 2019, Technicolor SA filed a motion to dismiss the Complaint pursuant to FED. R. CIV. P. 12(b)(2) (*See* Dkt. Nos. 18, 18-1, 18-2; the "Motion to Dismiss");

**WHEREAS**, the Motion to Dismiss' current Hearing Date is November 14, 2019;

**WHEREAS**, on November 7, 2019, Technicolor SA and Plaintiff Roman Scanlon ("Plaintiff," together with Technicolor SA, the "Stipulating Parties") filed a Joint Stipulation, seeking to extend the Motion to Dismiss' Hearing Date from November 14, 2019 to December 18, 2019 (the "Stipulation"); and

**WHEREAS**, the Court, having considered the Stipulation, finds that the Stipulating Parties have set forth good cause therein for extending the Motion to Dismiss' Hearing Date from November 14, 2019 to December 18, 2019.

**NOW, THEREFORE**, is it hereby ORDERED that the Motion to Dismiss' Hearing Date is and shall be extended from November 14, 2019 to December 18, 2019, and that all corresponding briefing deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated: **November 8, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE