| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | GUTRIDE SAFIER LLP<br>SETH A. SAFIER (State Bar No. 197427)<br>TODD KENNEDY (State Bar No. 250267)<br>100 Pine Street, Suite 1250<br>San Francisco, California 94111<br>Telephone: (415) 336-6545<br>Facsimile: (415) 449-6469<br><br>*Attorneys for Plaintiff*<br>ROMAN SCANLON |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROMAN SCANLON, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS INTERNATIONAL, LTD.,<br><br>Defendant. | Case No. 1:19-cv-00937-NONE-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>(Doc. 75) |

STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

Pursuant to Local Rule 143, the parties stipulate and request an order modifying the Court's September 2, 2020 scheduling order ("Scheduling Order") by extending all remaining deadlines by eight weeks.

"The district court is given broad discretion in supervising the pretrial phase of litigation." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R.Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting *Johnson*, 975 F.2d at 607).

Good cause exists for this modification.  The parties believe that more time is necessary to allow Defendant to amend its interrogatory responses and privilege log, for the parties to negotiate and comply with an ESI stipulation as referenced in the Court's December 15 Discovery Order (Dkt. No. 74), and to prepare for the upcoming settlement conference pursuant to that Order.

This stipulation is entered without prejudice to additional scheduling modifications requests, which may be necessitated by other litigation events.

For these reasons, the parties request that the Court amend the September 2, 2020 scheduling order as follows:

1. Any class certification discovery shall be completed by no later than March 29, 2021,
2. The motion for class certification shall be filed no later than May 3, 2021.
3. Any opposition to the motion for class certification shall be filed by no later than May 31, 2021.
4. Any reply brief in support of the motion for class certification shall be filed by no later than June 21, 2021.
5. The motion for class certification shall be heard on July 7, 2021.
6. A status conference to set further scheduling dates is set for September 7, 2021, at 10:15

a.m. in Courtroom 7 before Magistrate Oberto. By no later than August 31, 2021, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

Respectfully submitted

Dated:  December 17, 2020                 **GUTRIDE SAFIER LLP**


/s/Seth A. Safier/s/
Seth A. Safier
Todd Kennedy
100 Pine St., Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
seth@gutridesafier.com
todd@gutridesafier.com

Attorneys for Plaintiff Roman Scanlon


**MAYER BROWN LLP**


/s/Jonathan W. Thomas/s/_____
JONATHAN W. THOMAS (pro hac vice)
jwthomas@mayerbrown.com
A.  JOHN P. MANCINI (pro hac vice)
jmancini@mayerbrown.com
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone: (212) 506-2500
Facsimile: (212) 849-5895
jwtomas@mayerbrown.com

Attorneys for Curtis International, Ltd.

JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
350 South Grand Avenue 25th Floor
Los Angeles, CA 90071

|  |  |
|---|---|
| 1 | Telephone: (213) 229-9500 |
|  | Facsimile: (213) 625-0248 |
| 2 |  |
| 3 | CARMINE R. ZARLENGA (pro hac vice) |
|  | czarlenga@mayerbrown.com |
| 4 | 1999 K Street NW |
|  | Washington, DC 20006 |
| 5 | Telephone: (202) 263-3000 |
|  | Facsimile: (202) 263-5227 |
| 6 |  |
| 7 | KRISTINE YOUNG (pro hac vice) |
|  | kyoung@mayerbrown.com |
| 8 | 71 South Wacker Drive |
|  | Chicago, IL 60606 |
| 9 | Telephone: (312) 782-0600 |
|  | Facsimile: (312) 701-7711 |
| 10 |  |
| 11 | Attorneys for Defendant |
|  | Curtis International Ltd. |

- 4 -
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

# **ORDER**

Based on the Parties' Stipulation to Modify Scheduling Order (Doc. 75), and for good cause shown, the Court GRANTS the parties' request and will modify the scheduling order and enlarge the dates and deadlines as set forth below.

| Event | Prior Date | Continued Date |
|---|---|---|
| Class Certification Discovery Completion | February 1, 2021 | March 29, 2021 |
| Motion for Class Certification Filing | March 8, 2021 | May 3, 2021 |
| Opposition to Motion for Class Certification Filing | April 5, 2021 | May 31, 2021 |
| Reply Brief in Support of Motion for Class Certification Filing | April 26, 2021 | June 21, 2021 |
| Motion for Class Certification Hearing | May 12, 2021 | July 7, 2021 at 9:30 a.m. |
| Status Conference to Set Further Scheduling Dates | July 13, 2021 | September 7, 2021 at 10:15 a.m. |

By no later than August 31, 2021, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated:   **December 18, 2020**                    /s/ *Sheila K. Oberto*
                                                                                       UNITED STATES MAGISTRATE JUDGE