MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone:  (213) 229-9500
Facsimile:    (213) 625-0248

CARMINE R. ZARLENGA (*pro hac vice*)
*czarlenga@mayerbrown.com*
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

A. JOHN P. MANCINI (*pro hac vice*)
JONATHAN W. THOMAS (*pro hac vice*)
*jmancini@mayerbrown.com*
*jwthomas@mayerbrown.com*
1221 Avenue of the Americas
New York, NY  10020-1001
Telephone:  (212) 506-2295
Facsimile:    (212) 849-5895

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN SCANLON, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS INTERNATIONAL LTD.,<br><br>Defendant. | Case No. 1:19-cv-00937-NONE-SKO<br><br>**ORDER RE UNOPPOSED EX PARTE MOTION FOR EXTENSION OF DEADLINES**<br><br>(Doc. 77)<br><br>Courtroom: # 7, 6th Fl.<br>Judge: The Hon. Sheila K. Oberto |

ORDER RE EX PARTE MOTION FOR EXTENSION OF TIME;
CASE NO. 1:19-CV-00937-NONE-SKO

The Court has read and considered Defendant Curtis International Ltd. ("Curtis")'s unopposed Ex Parte Motion for Extension of Time (Doc. 77) and finds good cause has been established to extend the deadlines set forth in the Court's December 15, 2020, Order (Doc. 74). It is hereby ORDERED that, by no later than January 8, 2021, Curtis shall serve the following:

- An amended answer to Plaintiff's Interrogatory No. 2 that specifies (1) the lumens claim(s) appearing on the packaging of model number RPJ104 between August 7, 2018, and August 27, 2019, and (2) the lumens claim(s) appearing on the packaging of model number RPJ116+ between August 7, 2018, and "December 2018";

- An amended answer to Plaintiff's Interrogatory No. 4 that specifies, for each of the images of boxes contained in the five documents identified, the Relevant Product(s) to which the image pertains. Further, to the extent that more than one of the boxes pictured in the documents was or will be used for a single Relevant Product, Curtis's amended answer shall provide the dates on which each box was or will be used during the putative class period;

- An amended response to Plaintiff's Interrogatory No. 7 that fully answers, after a reasonable effort, the interrogatory without reference to documents other than CURTIS0000001–44;

- Either (1) a declaration signed under penalty of perjury by a corporate officer or director attesting that it is not withholding any information responsive to Plaintiff's interrogatories on the basis of the objections raised in its Third Amended Responses, or (2) if it determines that there is information that has been withheld, amended Third Amended Responses to so state and to specify the nature of the withheld information; and

- An amended privilege log that corrects, pursuant to Fed. R. Civ. P. 26(b)(5)(A), the deficiencies identified in the two entries reproduced in the Joint Statement.

IT IS SO ORDERED.

Dated:   **December 21, 2020**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE