1  **GUTRIDE SAFIER LLP**
   SETH A. SAFIER (State Bar No. 197427)
2  100 Pine Street, Suite 1250
   San Francisco, CA 94111
3  Telephone: (415) 336-6545
4  Facsimile:  (415) 449-6469

5  Attorneys for Plaintiff

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNA

| | |
|---|---|
| ROMAN SCANLON, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CURTIS INTERNATIONAL, LTD.,<br><br>Defendant. | CASE NO. 1:19-cv-00937-NONE-SKO<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

## STIPULATION

The parties, Plaintiff ROMAN SCANLON ("Plaintiff") and Defendant CURTIS INTERNATONAL, LTD ("Curtis" or "Defendant"), submit this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and Curtis (collectively the "Parties") stipulate that all of Plaintiff's individual claims brought in this litigation are fully resolved and hereby dismissed with prejudice. The Parties further stipulate that all putative class member claims are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:  February 24, 2021

**MAYER BROWN LLP**

By:/s/John Nadolenco/s/
John Nadolenco, Esq.
Attorneys for Defendant CURTIS INTERNATIONAL, LTD.

GUTRIDE SAFIER LLP

Dated:  February 24, 2021

/s/Seth Safier/s/
By
Seth A. Safier

Attorneys for Plaintiff
ROMAN SCANLON

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is and remains DISMISSED WITH PREJUDICE as to all Plaintiff's claims, causes of action, and parties and WITHOUT PREJUDICE as to all putative class member claims, with each party bearing their own attorneys' fees and costs. The Clerk is directed to close the file.

DATED: _____          _____
                                Hon. Sheila K. Oberto