UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN SCANLON, on behalf of himself, the general public, and those similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CURTIS INTERNATIONAL, LTD.,<br><br>        Defendant. | No. 1:19-cv-00937-NONE-SKO<br><br>ORDER DIRECTING CLERK TO ASSIGN A DISTRICT JUDGE TO THIS MATTER AND CLOSE THE CASE<br><br>(Doc. 94) |

On February 24, 2021, the parties filed a joint stipulation dismissing Plaintiff Roman Scanlon's individual claims with prejudice, and the putative class claims without prejudice. (Doc. 94.)

In light of the parties' stipulation, Plaintiff's individual claims have been dismissed with prejudice, the putative class claims have been dismissed without prejudice, and this action has been terminated. See Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, IT IS HEREBY ORDERED that the Clerk of Court SHALL assign a district judge to this matter and thereafter CLOSE the case.

IT IS SO ORDERED.

Dated: **February 25, 2021**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE